1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
2  Michael J. Manning, Esq.  (State Bar No. 286879)
   Craig G. Cote, Esq. (State Bar No. 132885)
3  **MANNING LAW, APC**
4  20062 SW Birch St., Suite 200 Newport Beach, CA 92660
   Office: (949) 200-8755 Fax: (866) 843-8308
5  ADAPracticeGroup@manninglawoffice.com

6
   Attorneys for Plaintiff:
7  CARMEN JOHN PERRI

8

9  ADOLFO B. GARBER (CSB No. 117817)
   abgarber@sbcglobal.net
10 3580 Wilshire Blvd., Suite 1780
   Los Angeles, CA 90010
11 Telephone No. (213) 383-1131
   Fax No. (213) 383-1139
12
   Attorney for Defendant,
13 YANG & CHANG INTERNATIONAL, INC.,
   A CAL. CORP., DBA RODEWAY INN
14

15
                    **UNITED STATES DISTRICT COURT**
16
                    **CENTRAL DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  JAMES RUTHERFORD, an individual, | Case No.: 5:18-cv-02324-R-KS |
| 19 | |
| | Hon. Manuel L. Real |
| 20  Plaintiff, | |
| | **JOINT NOTICE OF SETTLEMENT** |
| 21 | |
| 22  v. | Complaint Filed: October 30, 2018 |
| | Trial Date: None Set |
| 23  RODEWAY INN, a business of unknown form; YANG & CHANG | |
| 24  INTERNATIONAL, a California corporation; and DOES 1-10, | |
| 25  inclusive, | |
| 26 | |
| 27  Defendants. | |
| 28 | |

JOINT NOTICE OF SETTLEMENT
1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, RODEWAY INN and YANG & CHANG INTERNATIONAL (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: September 20, 2019            **MANNING LAW, APC**

By:    */s/ Michael J. Manning, Esq.*
        Michael J. Manning, Esq.
        Joseph R. Manning, Jr., Esq.
        Tristan P. Jankowski Esq.
        Attorneys for Plaintiff,
        JAMES RUTHERFORD

Dated: September 20, 2019            ADOLFO B. GARBER

By:    */s/ Adolpho B. Garber, Esq.*
        Adolfo B. Garber
        Attorney for Defendant,
        YANG & CHANG
        INTERNATIONAL, INC.,
        A CAL. CORP., DBA RODEWAY
        INN

JOINT NOTICE OF SETTLEMENT

2

## CERTIFICATE OF SERVICE

I certify that on September 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                                Respectfully submitted,

Dated: September 20, 2019                  **MANNING LAW, APC**

                                      By:   */s/ Michael J. Manning, Esq.*
                                                       Michael J. Manning, Esq.
                                                       Joseph R. Manning, Jr., Esq.
                                                       Craig G. Cote, Esq.
                                                       Attorneys for Plaintiff,
                                                       James Rutherford