JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RODEWAY INN, a business of unknown form; YANG & CHANG INTERNATIONAL, a California corporation; and DOES 1-10, inclusive,<br><br>        Defendants | Case No.: 5:18-cv-02324-R-KS<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Rodeway Inn and Yang & Chang International ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Rodeway Inn and Yang & Chang International ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 22, 2019

*[signature: Gary Klausner]*

_____
UNITED STATES DISTRICT COURT JUDGE

1
ORDER
DISMISSAL WITH PREJUDICE